**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1259

SABRINA GIBSON,

        Plaintiff - Appellant,

    v.

THOMAS F. ROUPAS, JR.; PARR INVESTMENTS, LLC,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:22-cv-00517-WO-JLW)

Submitted:  October 19, 2023                  Decided:  October 23, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sabrina Gibson, Appellant Pro Se.  Taniya Donyale Reaves, LAW OFFICE OF TANIYA D. REAVES, PLLC, Browns Summit, North Carolina; Robert J. King, III, Kasi Wahlers Robinson, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sabrina Gibson appeals the district court's order dismissing her civil action for failure to state a claim upon which relief could be granted and denying as moot her request for a temporary restraining order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Gibson v. Roupas*, No. 1:22-cv-00517-WO-JLW (M.D.N.C. Feb. 9 & Mar. 15, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*